UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


BRAYAN ALEXIS ARGUETA
ARGUETA,

          Petitioner,

v.                                    Case No. 2:26-cv-01556-SPC-KRH

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER, et al.,

          Respondents.
_____/

## ORDER

Before the Court is Petitioner Brayan Alexis Argueta Argueta's Petition for Writ of Habeas Corpus (Doc. 1). The Court finds the Petition warrants an expedited response.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Petition, with exhibits (Doc. 1), **electronically** to the United States Attorney's Office in Tampa, Florida (**USAFLM.Alcatraz@usdoj.gov**) and by **certified mail** to the Attorney General of the United States in Washington, D.C (U.S.

Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001).

2. On or before **May 19, 2026**, the respondents must respond to all allegations, grounds, and arguments asserted in the petition and show cause why it should not be granted.

3. Petitioner may file a reply to the response but is not required to do so. Any reply must be filed **3 days** after the response is filed.  The Court will not address new grounds raised in the reply. *See United States v. Evans*, 473 F.3d 1115, 1120 (11th Cir. 2006).  The reply must not exceed **10 pages**.

**DONE AND ORDERED** in Fort Myers, Florida on May 12, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

tdc
Copies:       All parties of record

2